*✓x 10107   # 12854*

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 JUN -2 PM 3: 06

CLERK, U.S. 

In re:   WILKINS, DEBRA A            Case No.  09-36549

Judge  RICHARD L SPEER

<u>REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE</u>

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| <u>Payee</u> | <u>Address</u> | <u>Amount</u> |
|---|---|---|
| Healththerapy Partners, Inc. | 3312 Glanzman Rd. | $3.25 |
|  | Toledo, OH  43614 |  |
| Toledo Clinic, Inc. | PO Box 8708 | $0.92 |
|  | Toledo, OH  43623 |  |

Check for $4.17 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated:  5/28/10

cc:

Office of the U.S. Trustee